**James Edward CHANNELL,
Petitioner-Appellant,**

v.

**Eric WILSON, Warden, FCC Petersburg Correctional Institution,
Respondent-Appellee.**

No. 17-7494

United States Court of Appeals,
Fourth Circuit.

Submitted: February 15, 2018

Decided: February 20, 2018

James Edward Channell, Appellant Pro Se. R. Trent McCotter, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this 28 U.S.C. § 2241 (2012) proceeding, James Edward Channell appeals the district court's order granting Respondent's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Channell v. Wilson*, No. 1:17-cv-00148-AJT-TCB, 2017 WL 6764333 (E.D. Va. Oct. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*